■ Lin Chen, Also Known as Lin Zheng, Appellant, v Mehdi Nassimi et al., Respondents. [654 NYS2d 284] —Appeal from order, Supreme Court, New York County (Edward Lehner, J.), entered May 10, 1995, which denied plaintiff's motion to renew and reargue plaintiff's motion to vacate a stipulation of discontinuance, unanimously dismissed, without costs.

Since plaintiff's motion was, in essence, a motion for reargument only, the order denying the motion is nonappealable (*Amankwa v New York City Hous. Auth*, 224 AD2d 262). Were we not dismissing this appeal, we would affirm. To the extent that plaintiff's motion could be deemed a motion to renew, we agree with the court that plaintiff failed to offer a valid excuse for not submitting the deposition transcript, which was submitted in lieu of an affidavit of merit, on the original motion (*see, Mangine v Keller*, 182 AD2d 476). Concur—Wallach, J. P., Nardelli, Williams and Tom, JJ.